Case 2:18-cv-00171 Document 89 Filed on 05/18/20 in TXSD Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
May 18, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| VS. § | CIVIL ACTION NO. 2:18-CV-171 |
| § | |
| SAM KANE BEEF PROCESSORS, LLC, § | |
| *et al*, § | |
| § | |
| Defendants. § | |

## ORDER VACATING FINAL JUDGMENT

Before the Court is Intervenor Unpaid Cattle Suppliers' "Motion to Vacate or Amend Final Judgment or to Obtain Relief From Final Judgment and for Entry of a Scheduling Order and Order to Mediate" (D.E. 88). After due consideration, the Court **GRANTS** the motion, **VACATES** the Final Judgment (D.E. 87), and **ORDERS** this case reopened. The Court will contact the parties regarding a scheduling order and mediation.

ORDERED this 18th day of May, 2020.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE