United States District Court
Southern District of Texas
**ENTERED**
October 19, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| AMIGOS BEEF CATTLE COMPANY, LLC, *et al.*, § § § § Intervenor Plaintiffs, § V. § UMB BANK, N.A., as Corporate Successor § to MARQUETTE TRANSPORTATION § FINANCE, LLC DBA MARQUETTE § COMMERCIAL FINANCE, LLC, *et al.*, Defendants. | CIVIL ACTION NO. 2:18-CV-171 |

## **ORDER**

Before the Court is Plaintiffs' Opposed Motion for Entry of a Claims Procedure Order (D.E. 117), Defendants' joint response (D.E. 123), and Plaintiffs' reply (D.E. 125). The Court GRANTS the motion, but ORDERS the parties to meet and confer regarding the deadline and discovery issues raised by Defendants and any other issues deemed necessary to ensure an efficient and just process. The parties shall submit an agreed order to the Court by November 6, 2020. If they are unable to come to an agreement, they shall request a hearing to be held no later than November 13, 2020.

ORDERED this 19th day of October, 2020.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE