United States District Court
Southern District of Texas
**ENTERED**
October 23, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| AMIGOS BEEF CATTLE COMPANY, LLC, *et al*, | § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:18-CV-171 |
| | § | |
| ALFREDO FERNANDEZ, *et al*, | § § | |
| Defendants. | § § | |

## **ORDER**

On this 23rd day of October 2020, the Court considered the Joint Motion for Entry of Protective Order (D.E. 130). After due consideration, the Court GRANTS the motion (D.E. 130).

ORDERED this 23rd day of October, 2020.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE